UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON RICHARD EIDAM, | Case No.: 21-11579 |
|           Plaintiff, | Thomas L. Ludington<br>United States District Judge |
| v. | |
| ANGELE JAMES, | Curtis Ivy, Jr.<br>United States Magistrate Judge |
|           Defendant.<br>_____/ | |

### ORDER FOR RESPONSIVE PLEADING BY DEFENDANT

On or about February 18, 2022, the U.S. Marshals Service effected service on Defendant Angele James. (ECF No. 14). As indicated on the returned waiver of service form, an answer to the complaint was due March 8, 2022 (60 days from the day it was sent). On March 8th, counsel appeared for James and filed a demand for a jury trial but did not file an answer or other response to the complaint. The Court, having reviewed plaintiff's complaint in its entirety, finds that Defendant may not waive filing a responsive pleading pursuant to 42 U.S.C. § 1997e(g). Therefore, it is **ORDERED** Defendant shall file an appropriate responsive pleading to Plaintiff's complaint by **March 23, 2022**.

      **IT IS SO ORDERED**.

Case 1:21-cv-11579-TLL-CI  ECF No. 17, PageID.74  Filed 03/09/22  Page 2 of 2

2

Date:  March 9, 2022               s/Curtis Ivy, Jr.
                                   Curtis Ivy, Jr.
                                   United States Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2022, by electronic means and/or ordinary mail.

                                                s/Kristen MacKay
                                                Case Manager
                                                (810) 341-7850