UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON RICHARD EIDAM,

      Plaintiff,                             Case No. 1:21-cv-11579

v.                                           Honorable Thomas L. Ludington
                                               United States District Judge
ANGELE JAMES,

                                          Honorable Patricia T. Morris
      Defendant.                       United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITH PREJUDICE, AND DENYING AS MOOT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report, ECF No. 21, recommending that the undersigned *sua sponte* dismiss Plaintiff's Complaint, ECF No. 1.

Although the Report states that the parties could object to and seek review of the recommendation within 14 days of service, neither Plaintiff nor Defendant filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 21, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**

Further it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 18, is **DENIED** as moot.

Dated: August 5, 2022                                       s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge